WILLIAM J. VANDEWATER, Doing Business under the Name of WILLIAM J. VANDEWATER COMPANY, Respondent-Appellant, and FLUSHING NATIONAL BANK, Interpleaded Claimant, Respondent-Appellant, v. STATE OF NEW YORK, Appel-

lant-Respondent. (Claim No. 26003.) — Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. [See *ante,* p. 848.] All concur.